**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

JESSE CORDERO,

    Plaintiff,

vs.

TRICAM INDUSTRIES, INC. and DOES 1 to 50,

    Defendants.

Case No.: 1:21-CV-00989-NONE-JLT

I, <u>Steven M. Klaczynski</u>

attorney for <u>TRICAM INDUSTRIES, INC.</u>

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | McVey & Parsky, LLC |
| Address: | 30 North LaSalle Street, Suite 2100 |
| City: | Chicago |
| State: | IL    ZIP Code: 60602 |
| Voice Phone: | (312) 551-2130 |
| FAX Phone: | (312) 551-2131 |
| Internet E-mail: | smk@mcveyparsky-law.com |
| Additional E-mail: | |
| I reside in City: | Indian Head Park    State:    IL |

I was admitted to practice in the ___State of Illinois___ on 11/8/1990. I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I **have not** concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Phillip Baker

Firm Name: Baker, Keener & Nahra, LLP

Address: 633 West Fifth Street

Suite 5500

City: Los Angeles

State: CA    ZIP Code: 90071

Voice Phone: (213) 241-0900

FAX Phone: (213) 241-0990

E-mail: pbaker@bknlawyers.com

Dated: 7/16/21    Petitioner: [signature]

**ORDER**

IT IS SO ORDERED.

Dated: ___July 20, 2021___                                    _/s/ Jennifer L. Thurston_
                                                              JUDGE, U.S. DISTRICT COURT